NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IVY-DRY, INC., : <br> : <br> Plaintiff, : <br> : **ORDER** <br> v. : <br> : Civil Action No. 08-4942 (WHW) <br> ZANFEL LABORATORIES, INC. and : <br> THE WILLIAM M. YARBROUGH : <br> FOUNDATION, : <br> : <br> Defendants. : <br> : | |

**Walls, Senior District Judge**

The Court has reviewed the joint stipulation and motion for a three-day extension of time for defendants' Reply in support of their 12(b)(2) motion to dismiss or to transfer. It is on this 20th day of April, 2009,

ORDERED that such motion is GRANTED, it is further

ORDERED that defendants shall have to and including April 23, 2009 to file a Reply.

s/William H. Walls
United States Senior District Judge
